**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Aaron Romero-Mendoza,      ) | No. CV 11-1275-PHX-JAT |
| )                              Petitioner, ) | **ORDER** |
| vs.                                                ) | |
| )                                                     ) | |
| Katrina Kane,                                  ) | |
| )                              Respondent. ) | |
| _____) | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 16) recommending that the Petition be denied at moot.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Therefore,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 16) is **ACCEPTED and ADOPTED**;

1  **IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is denied, without prejudice, as moot; the Clerk of the Court shall enter judgment accordingly.

DATED this 1st day of December, 2011.

James A. Teilborg
United States District Judge